DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSIE JAY HAYNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1930

[January 25, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Robert B. Meadows, Judge; L.T. Case Nos. 312012CF000901A, 312012CF000923A and 312013CF001636B.

Jessie Jay Haynes, Florida City, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***